UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:21-cr-35-CEM-DCI**

**JAIME A. DAVIDSON**

AUSA: Patrick Flanigan

Defense Attorney: Jim Skuthan, FPD

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **October 14, 2025**<br>9:38 A.M. – 9:38 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 1 Minute | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called.   Appearances made by counsel.

The Court inquires with the parties.

Defendant's Ore Tenus Motion to Continue is **GRANTED,** with no objection from the Government.

Status Conference set for December 18, 2025 at 9:30 AM.

Court is adjourned.